IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01684-MSK-MEH

LINDA J. TARR, an individual,

    Plaintiff,

v.

SEPTEMBER SCHOOLS, Inc., a Colorado corporation, and
BRUS WESTBY, a/k/a Bruce Westby, an individual,

    Defendants.
_____

### NOTICE OF LAW CLERK RECUSAL
_____

    **THIS MATTER** comes before the Court *sua sponte*.

    The undersigned has been advised by one of her law clerks that that clerk maintains a social relationship with one of the attorneys in this case. Accordingly, to avoid any appearance of impropriety, the Court advises the parties that that law clerk will be recused from all involvement with this action, and will not participate, directly or indirectly, in the Court's consideration of any issues raised in this case.

    Dated this 7th day of December, 2007

                                               **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge